UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LOLA C. CHARETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-20-B-W |
| | ) |
| MAINE SCHOOL ADMINISTRATIVE DISTRICT NO. 27, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 21, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that defendant school administrative district's motion to dismiss (Docket No. 2) be and hereby is DENIED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 11th day of May, 2005